# PD-0305-15

CCA No.  PD-_______-15
COA No.  13-12-00368-CR

JAVIER DE LA ROSA, JR.            §      IN THE COURT OF

VS.                               §      CRIMINAL APPEALS OF TEXAS

THE STATE OF TEXAS                §      AT AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 22 2015
Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS
MAY 22 2015
Abel Acosta, Clerk

## APPELLANT'S PRO SE MOTION TO SUSPEND RULE 9.3(b)(1) TO FILE ONLY ONE ORIGINAL OF HIS PDR AND TO INCLUDE AN EXTENDED STATEMENT OF THE CASE & STATEMENT OF PROCEDURAL HISTORY IN HIS PDR (OR TO EXCEED THE PAGE LIMIT IN HIS PDR)

TO THE HONORABLE JUDGES OF THIS COURT:

The court of appeals descibed this Anders appeal as in a "unique posture and extreme circumstances..." COA Order (10/21/2014). Nevertheless, the court of appeals issued a standard, pro forma, opinion for an Anders appeal. Thus, Javier De La Rosa, Jr., the Appeallant, needs to describe to this Court why the appeal was in a "unique posture and extreme circumstances." Mr. De La Rosa has done so in an extended Statement of the Case and Statement of Procedural History. Appellant asks this Court to accept those extended statements, even if they cause the PRO SE PDR to exceed the page limit. See, Tex. R. App. P. 9.4 (i)(4). The PDR is only 12 pages in length, under the page limit, and combined with the extended statements are only 7 pages. Mr. De La Rosa has taken care to make sure his arguments and the extended statements are as short and concise as possible. Appellant believes the information in the extended statements is important for this Court's consideration of whether to GRANT review in this case.

Moreover, Mr. De La Rosa, Jr. is indigent and a prisoner, with a limited education. He does not have direct access to a computer or copy machine to makes copies of his PDR. Thus, Mr. De La Rosa asks this Court to SUSPEND Rule 9.3 (b)(1) of the Texas RUles of Appellate Procedure and allow him to file

only the one original.

## PRAYER

WHEREFORE, ALL CONSIDERED, JAVIER DE LA ROSA, JR., the Appellant, acting PRO SE, PRAYS this Honorable Court GRANT this motion in all things and therein:

1) SUSPEND Rule 9.3(b)(1) and allow Appellant to file only one original of all documents;

2) FULLY CONSIDER the extended Statement of the Case and extended Statement of Procedural History included in the PRO SE PDR;

3) If necessary, allow Appellant to exceed the page limit in his PDR so that the COurt can fully consider the extended statements;

4) OR IN THE ALTERNATIVE; STRIKE the extended Statement of the Case and extended Statement of Procedural History from the PDR and otherwise fully consider the PDR;

AND, ANY AND ALL OTHER RELIEF THIS COURT FINDS PROPER IN THE INTREST OF JUSTICE.

Respectfully Submitted,

Javier De La Rosa, Jr.
TDCJ No. 1781303
Ferguson Unit
12120 Savage Dr.
Midway, Texas   75852

APPELLANT PRO SE

## VERIFICATION AND CERTIFICATE OF SERVICE

I, Javier De La Rosa, Jr., TDCJ Id. No. 1781303, being presently incarcerated in the Ferguson Unit of TDCJ_CID in Madison County, Texas, do declare under the penalty of perjury that the facts in this motion are true and correct and that I have caused a copy of this motion to be served on the Cameron County District Attorney and the State Prosecuting Attorney on the date executed below using the prison mail system.

EXECUTED on this the ____12____ day of ___May___, 2015.

Javier De La Rosa, Jr.
Appellant PRO SE